

1313 North Market Street, Suite 1001 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz    Direct Dial 302.576.1604
gmoritz@ramllp.com

October 12, 2022

**VIA HAND DELIVERY**

John A. Cerino, Clerk of Court
Office of the Clerk
United States District Court
 For the District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware 19801-3570

**Re:**   *ConocoPhillips Petrozuata B.V., et al. v. Bolivarian Republic of Venezuela*
          *Case No. 1:19-cv-00683-CJN*
          **Registration of Judgment from Another District**

Dear Mr. Cerino:

Enclosed please find a certified copy of the Judgment in the above-referenced action issued by the Deputy Clerk of the United States District Court for the District of Columbia. Please register this judgment in the District of Delaware.

In addition, please note that this matter is related to *Phillips Petroleum Co. Venezuela Ltd. v. Petroleos de Venezuela S.A., et al.*, C.A. No. 19-mc-00342-LPS, and *ConocoPhillips Gulf of Paria B.V. v. Corporación Venzolana Del Petrólio, S.A., et al.*, C.A. No. 22-mc-00264-LPS. Please call our office if you have any questions. Thank you.

Respectfully submitted,

*/s/ Garrett B. Moritz*

Garrett B. Moritz (Bar No. 5646)

Enclosures