# ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Main: 302-778-1000
Fax: 302-778-1001

Christopher Fitzpatrick Cannataro

DIRECT DIAL NUMBER
(302) 778-9367

December 12, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: December 14 Omnibus Hearing in Misc. Nos. 23-340, 23-298, 23-360, 23-361, 23-378, 23-379, 23-397, 19-79, 22-131, 21-18, 22-464

Dear Judge Stark:

  I write on behalf of Bolivarian Republic of Venezuela (the "Republic") in the above-referenced actions. The Republic requests permission to set up a public dial-in line for the in-person omnibus hearing scheduled for December 14, 2023 at 2:00 p.m. ET in Wilmington, DE. The Republic's request will facilitate members of the public listening to the hearing but not participating. The Republic informed the parties in the above-referenced actions of this request and has received no objection. If the Court is amenable to this request, the Republic will promptly file a letter on the docket with the public dial-in number.

  As always, I am available should the Court have any questions.

            Respectfully,

            */s/ Christopher Fitzpatrick Cannataro*

            Christopher Fitzpatrick Cannataro (#6621)

CFC/
CC: All Counsel of Record (via CM/ECF)