**ABRAMS & BAYLISS LLP**
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
MAIN: 302-778-1000
FAX: 302-778-1001

CHRISTOPHER FITZPATRICK CANNATARO

DIRECT DIAL NUMBER
(302) 778-9367

December 13, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

    Re:    December 14 Hearing in Misc. No. 22-mc-464-LPS

Dear Judge Stark:

    I write on behalf of Bolivarian Republic of Venezuela (the "Republic") in the above-referenced action enclosing dial-in information for the in-person hearing scheduled for December 14, 2023 at 11:00 a.m. ET in Wilmington, DE.

Dial-In Number: 929.436.2866
Meeting ID: 815 4895 2049

    As always, I am available should the Court have any questions.

    Respectfully,

    */s/ Christopher Fitzpatrick Cannataro*

    Christopher Fitzpatrick Cannataro (#6621)

CFC/

CC: All Counsel of Record (via CM/ECF)