# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., CONOCOPHILLIPS HAMACA B.V., CONOCOPHILLIPS GULF OF PARIA B.V., and CONOCOPHILLIPS COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | C.A. No. 1:22-mc-00464-LPS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Aubre G. Dean, Esq. of Curtis, Mallet-Prevost, Colt & Mosle LLP, is hereby withdrawn as counsel for intervenor Petróleos de Venezuela, S.A. ("PDVSA") in this action. Curtis, Mallet-Prevost, Colt & Mosle LLP will continue to represent PDVSA in this action.

2

|  |  |
|---|---|
| OF COUNSEL:<br><br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br><br>Joseph D. Pizzurro (*pro hac vice*)<br>Kevin A. Meehan (*pro hac vice*)<br>Juan O. Perla (*pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>jperla@curtis.com<br><br>Dated: July 16, 2024 | HEYMAN ENERIO GATTUSO & HIRZEL LLP<br><br>*/s/ Samuel T. Hirzel, II*<br>Samuel T. Hirzel, II (#4415)<br>Brendan Patrick McDonnell (# 7086)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>SHirzel@hegh.law<br>bmcdonnell@hegh.law<br><br>*Attorneys for Intervenor Petróleos de Venezuela, S.A.* |